# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3337

_____

Tony Umekwe, also known as          *
Anthony Umekwe,                      *
                                     *
              Appellant,             *
                                     *   Appeal from the United States
      v.                             *   District Court for the
                                     *   Eastern District of Arkansas.
Baptist Allied Health,               *
                                     *        [UNPUBLISHED]
              Appellee.              *

_____

Submitted: May 22, 2002
Filed: June 4, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Tony Umekwe appeals from the district court's[1] dismissal of his complaint under Federal Rule of Civil Procedure 41(b) after he failed to appear at trial. We conclude that the district court did not abuse its discretion in dismissing the case upon determining that Umekwe did not explain adequately why he was unable to arrive in the courtroom at the scheduled time. See Wright v. Sargent, 869 F.2d 1175, 1175-77 (8th Cir. 1989) (per curiam).

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

      Attest:

           CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.